United States District Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **KEVIN BELL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:23-cv-00142 |
| **GO CAR WASH, LLC and DALE SHINE XPRESS CAR WASH, LLC,** | § § § § § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the Joint Stipulation of Dismissal with Prejudice [DE No. 62 ] filed by Plaintiff Kevin Bell ("Plaintiff") and Defendant Go Car Wash, LLC ("Defendant" and Plaintiff and Defendant collectively referred to as the "Parties") and this Court being otherwise sufficiently advised, **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** with Plaintiff and Defendant to bear their own respective costs.

SO ORDERED November 4, 2024, at McAllen, Texas.

Randy Crane
United States District Judge